The .Allerwan Company, Plaintiff, v. Laura M. Her-
mann, Defendant.
Laura T. Burton et al., Appellants; Union Bank of
Brooklyn, Respondent.

(Submitted June 13, 1933; decided July 11, 1933.)

*Bernard Cowen* for appellants.

*Louis Timberg, Rubin Mazel* and *Jacob Radzivill* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.